**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 8/24/2026

Case Number: 1:24-cv-12078

Case Title: Shannon v. Donnelly et al

Judge: Jeffrey I Cummings

**DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW**

☐ Document entered in error.

☑ Document withdrawn or removed per court order [44 ] of Judge Jeffrey I Cummings

☐ Incorrect Document linked.

☐ Other:

☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ V. Miller
Deputy Clerk